1  Marc Van Der Hout (California Bar # 80778)
   Beth Feinberg (California Bar # 240857)
2  Van Der Hout, Brigagliano & Nightingale, LLP
   180 Sutter Street, Fifth Floor
3  San Francisco, California 94104
   Telephone: (415) 981-3000
4  Facsimile: (415) 981-3003
   Email: ndca@vblaw.com
5
   Attorneys for Petitioner
6  Amir Hossein MOTTAEZ BARZANI

7                               E-filing

8

9         UNITED STATES DISTRICT COURT FOR THE

10              NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12

13  Amir Hossein MOTTAEZ BARZANI         Case No: C 07-2819

            Petitioner,
14
                                         PETITION FOR
          v.                             NATURALIZATION PURSUANT
15                                       TO 8 U.S.C. § 1447(b)

16  Frank SICILIANO, in his Official Capacity, Officer in
    Charge, U.S. Citizenship and Immigration Services,   Immigration Case
17  U.S. Department of Homeland Security, San Jose,
    California; David STILL, in his Official Capacity,   USCIS No.: A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
18  District Director, U.S. Department of Homeland
    Security, Citizenship and Immigration Services, San
19  Francisco, California; Emilio T. GONZALEZ, in his
    official Capacity, Director, United States Citizenship
20  and Immigration Services, Department of Homeland
    Security; Michael CHERTOFF, in his Official
21  Capacity, Secretary, Department of Homeland
    Security; Alberto GONZALES, in his Official
22  Capacity, United States Attorney General; and Robert
    S. MUELLER, III, in his Official Capacity, Director,
23  Federal Bureau of Investigation

            Respondents.
24

25

26

27

28

Petition for Naturalization                                    Case No. _____

## INTRODUCTION

1. Petitioner Amir Hossein MOTTAEZ BARZANI ("Petitioner"), files this Petition for Naturalization pursuant to section 336(b) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1447(b), requesting that this Court adjudicate his application for naturalization and grant him naturalization or, if necessary, order that a hearing take place in this matter.

2. Petitioner files this Petition for Naturalization because the United States Department of Homeland Security ("DHS") in San Jose, California, has failed to make a determination regarding his application for naturalization for well over 120 days since the naturalization examination was conducted at the United States Citizenship and Immigration Services ("USCIS") office in San Jose, California on January 6, 2004. See 8 U.S.C. § 1447(b). His application has now been pending for over three years and three months since the date of his interview.

3. Petitioner is a 41-year-old citizen and national of Iran, who has been a lawful permanent resident of the United States since September 22, 1997. See Declaration of Beth Feinberg ("Feinberg Dec.") at Exhibit ("Exh.") A. Petitioner filed his application for naturalization with USCIS on December 27, 2002. Id. at Exh. B. His naturalization interview was held in San Jose, California on January 6, 2004. Id. at Exh. C. He was subsequently informed that he had passed the naturalization examination but that a decision could not be made on his application because an "IP check" had not been completed. Id.

4. Petitioner meets all statutory requirements for naturalization. See 8 U.S.C. § 1427(a). He has continuously resided as a lawful permanent resident in the United States for over five years, and has been physically present in the United States for at least 30 of these 60 months. See 8 U.S.C. §§ 1427(a)(1), (a)(2). Petitioner has also been a person of good moral

character for over five years. See 8 U.S.C. § 1427(a)(3); 8 C.F.R. § 316.10. Thus, Petitioner meets all the statutory requirements for naturalization.

5. In the approximately three years and three months since Petitioner had his naturalization interview, DHS has taken no apparent action to adjudicate his naturalization application.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over this action pursuant to 8 U.S.C. § 1447(b) (United States District Court may determine naturalization application when DHS has failed to determine the matter within 120 days of the date on which the naturalization examination was conducted); 28 U.S.C. § 2201 (Declaratory Judgment Act); and 28 U.S.C. § 1331 (federal question jurisdiction).

7. Venue is properly with this Court pursuant to 28 U.S.C. § 1391(e) because this is a civil action in which the Respondents are employees or officers of the United States, acting in their official capacity, and an agency of the United States; because a substantial part of the events or omissions giving rise to the claim occurred in San Jose, California, in the Northern District of California; and because the named petitioner resides in the Northern District of California, and there is no real property involved in this action. See also 8 U.S.C. § 1447(b) (venue proper in "district court for the district in which the applicant resides").

## PARTIES

8. Petitioner Amir Hossein MOTTAEZ BARZANI is a citizen and national of Iran, and a lawful permanent resident of the United States. Petitioner resides in Los Altos, California, which is within the jurisdiction of this court.

Petition for Naturalization    2    Case No. _____

9. Respondent Frank SICILIANO is the Officer in Charge of the San Jose, California sub-office of the United States Department of Homeland Security, Citizenship and Immigration Services, and is sued herein in his official capacity. Respondent is responsible for applications for naturalization submitted within the San Jose District of USCIS (which is a sub-office of the San Francisco USCIS office).

10. Respondent David STILL is the District Director of the San Francisco District Office of CIS and is sued herein in his official capacity. Respondent also oversees the adjudication of applications within the CIS sub-offices of San Jose, Sacramento, and Fresno.

11. Respondent Emilio T. GONZALEZ is the Director of USCIS and is sued herein in his official capacity.

12. Respondent Michael CHERTOFF is the Secretary of DHS and is sued herein in his official capacity. In this capacity, he has responsibility for the administration and enforcement of the immigration and naturalization laws pursuant to section 402 of the Homeland Security Act of 2002, 107 Pub. L. No. 296, 116 Stat. 2135 (Nov. 25, 2002). See 8 U.S.C. § 1103.

13. Respondent Alberto GONZALES is the Attorney General of the United States and is sued herein in his official capacity. In this capacity, he has responsibility for providing access to criminal history record information, pursuant to 8 U.S.C. §§ 1105(b) and 1103(g).

14. Respondent Robert S. MUELLER, III, is the Director of the Federal Bureau of Investigation and is sued herein in his official capacity. In this capacity, he has responsibility for maintaining and providing access to criminal history record information.

## FACTS

15. Petitioner is a 41-year-old citizen and national of Iran. See Feinberg Dec. at Exh. A. He has been a lawful permanent resident of the United States since September 22, 1997, based on an approved Immigrant Petition for Alien Worker (Form I-140), that was filed on his

behalf by his current employer, Synopsys, Inc. Id. He has resided continuously in the United States since becoming a lawful permanent resident.

16. Petitioner currently resides in Los Altos, California with his wife of over 14 years, Fariba Saddigh, who is also a lawful permanent resident of the United States.

17. Petitioner filed his application for naturalization (Form N-400) at the United States Citizenship and Immigration Service's California Service Center on December 27, 2002. Id. at Exh. B.

18. Petitioner appeared for a naturalization interview with USCIS officer David E. Jio in San Jose, California on January 6, 2004. Id. at Exh. C. Petitioner was informed that he passed the required tests for the examination but that a decision would not be made at that time on his application because an "IP check" was still pending. Id.

19. Petitioner submitted four status update requests regarding the status of his naturalization application. These requests were submitted on April 4, 2004, October 18, 2004, January 12, 2005, and February 27, 2007. On January 8, 2005, Petitioner received a response to one of his requests via email, which was erroneously addressed to "Pin Xie," stating that his name check had been completed on December 28, 2002. Id. at Exh. D. He then received another response on July 8, 2005, stating that his name check was still pending. Id. Petitioner has received no further status updates from the agency since that time.

20. Well over 120 days have elapsed since Petitioner's January 6, 2004 naturalization interview – in fact, it has now been over three years and three months. His application for naturalization has not yet been adjudicated.

## CAUSE OF ACTION
### COUNT ONE
### (FAILURE TO RENDER DECISION ON NATURALIZATION WITHIN 120 DAYS OF INTERVIEW)

21. The allegations contained in paragraphs 1 through 20 are repeated and realleged as though fully set forth herein.

22. The DHS has failed to adjudicate Petitioner's application for naturalization within 120 days of Petitioner's naturalization examination. Pursuant to 8 U.S.C. § 1447(b), the United States District Court for the district in which Petitioner resides "has jurisdiction over the matter and may either determine or remand the matter, with appropriate instructions, to the Service to determine the matter" if no action is taken on a naturalization application within 120 days of completion of the examination. Petitioner was interviewed on January 6, 2004, more than 120 days ago. Petitioner also meets all statutory requirements for naturalization pursuant to 8 U.S.C. § 1427(a). Therefore, this Court has the authority to adjudicate Petitioner's naturalization application.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that this Court grant the following relief:

(1) Assume jurisdiction over this matter;

(2) If necessary, order that a hearing take place in this matter;

(3) Adjudicate Petitioner's application for naturalization and grant him naturalization;

(4) Award reasonable costs and attorneys' fees; and

(5) Grant such further relief as the Court deems just and proper.

Dated: May 30, 2007

Respectfully submitted,

Marc Van Der Hout (California Bar # 80778)
Beth Feinberg (California Bar # 240857)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104

Attorneys for Petitioner

By: _____
Marc Van Der Hout