1 | Marc Van Der Hout (California Bar # 80778)
Beth Feinberg (California Bar # 240857)
2 | Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
3 | San Francisco, California 94104
Telephone: (415) 981-3000
4 | Facsimile: (415) 981-3003
Email: ndca@vblaw.com
5 |
Attorneys for Petitioner
6 | Amir Hossein MOTTAEZ BARZANI

E-filing

7

8 | UNITED STATES DISTRICT COURT FOR THE

9 | NORTHERN DISTRICT OF CALIFORNIA          RS

10 | SAN JOSE DIVISION

11 | C 07 2819

Amir Hossein MOTTAEZ BARZANI          Case No:
12 |
Petitioner,
13 |
                                    DECLARATION OF BETH
14 | v.                                FEINBERG IN SUPPORT OF
                                    PETITION FOR
Frank SICILIANO, in his Official Capacity, Officer in   NATURALIZATION PURSUANT
15 | Charge, U.S. Citizenship and Immigration Services,   TO 8 U.S.C. § 1447(b)
U.S. Department of Homeland Security, San Jose,
16 | California; David STILL, in his Official Capacity,    Immigration Case
District Director, U.S. Department of Homeland
17 | Security, Citizenship and Immigration Services, San   USCIS No.: A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
Francisco, California; Emilio T. GONZALEZ, in his
18 | official Capacity, Director, United States Citizenship
and Immigration Services, Department of Homeland
19 | Security; Michael CHERTOFF, in his Official
Capacity, Secretary, Department of Homeland
20 | Security; Alberto GONZALES, in his Official
Capacity, United States Attorney General; and Robert
21 | S. MUELLER, III, in his Official Capacity, Director,
Federal Bureau of Investigation
22 |
Respondents.
23 |

24

25

26

27

28

Dec. of Beth Feinberg                                        No.

1

### DECLARATION OF BETH FEINBERG

2

I, Beth Feinberg, hereby declare the following:

3

1.  I am an Attorney at Van Der Hout, Brigagliano and Nightingale, LLP, 180 Sutter

4

Street, Fifth Floor, San Francisco, CA 94104. I make this declaration in support of Petitioner

5

Amir Hossein Mottaez Barzani's ("Petitioner") Petition for Naturalization. Unless otherwise

6

stated, I received the documents described from Petitioner in connection with Van Der Hout,

7

Brigagliano and Nightingale's representation of him in this case.

8

9

2.  Petitioner is a 41-year-old citizen and national of Iran. He has been a lawful

10

permanent resident of the United States since September 22, 1997, based on an approved

11

Immigrant Petition for Alien Worker (Form I-140), that was filed on his behalf by his current

12

employer, Synopsys, Inc. A copy of Petitioner's lawful permanent resident card and I-140

13

approval notice are attached as Exhibit A.

14

15

3.  Petitioner filed an application for naturalization (Form N-400) on December 27,

16

2002. A copy of that application and receipt are attached as Exhibit B.

17

4.  Petitioner appeared for a naturalization interview in San Jose, California on January

18

6, 2004. At the conclusion of the interview, the officer informed Petitioner that he passed the

19

required tests for the examination but that a decision could not yet be made on his application

20

because an "IP check" had not been completed. A copy of the Naturalization Interview Results

21

is attached as Exhibit C.

22

23

5.  Petitioner has submitted four separate status update requests regarding the status of

24

his naturalization application. A copy of the four requests (dated April 4, 2004, October 18,

25

2004, January 12, 2005, and February 27, 2007), and all responses received, is attached as

26

Exhibit D.

27

28

1       6. Well over 120 days have elapsed since Petitioner's January 6, 2004 naturalization

2 interview. His application for naturalization has not yet been adjudicated.

3

4 I declare under penalty of perjury that the above information is true and correct to the best of my

5 knowledge. Executed this 30th day of May, 2007 at San Francisco, California.

6

7

8                                      Beth Feinberg

9                                      Declarant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



MOTTAEZ, AMIR H

08.09.65

A071808521

10.24.07

Amir H. Mottaez

ALIEN REGISTRATION RECEIPT CARD

E26 SNJ 970922 249  7287451024

A1USA071808521<01<9710<<<<<<<<
6508092M0710242<<<<<<D64E6E3E8
MOTTAEZ<<AMIR<H<<<<<<<<<<<<<<<

EXHIBIT A

U.S. Department of Justice
Immigration and Naturalization Service

Notice of Action

| RECEIPT NUMBER WAC-96-027-51734 | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| RECEIPT DATE November 8, 1995 | PRIORITY DATE July 8, 1994 | PETITIONER SYNOPSYS INC | |
| NOTICE DATE December 8, 1995 | PAGE 1 of 1 | BENEFICIARY MOTTAEZ BARZANI, AMIR H. | |

LYNDA WON CHUNG ATTY AT LAW
JACKSON & HERTOGS
95 S MARKET ST STE 480
SAN JOSE CA 95113

Notice Type:  Approval Notice
Section: Member of Professions holding
         an Advanced Degree, 203(b)(2)
         INA
Consulate: VIENNA

The above petition has been approved.  The petition indicates that the person for whom you are petitioning in the United States and will apply for adjustment of status.  He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (714) 643-4880



U.S. Department of Justice
Immigration and Naturalization Service

Notice of Action

| Receipt | | | NOTICE DATE<br>January 03, 2003 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 071 808 521 |
| APPLICATION NUMBER<br>WSC*000912951 | RECEIVED DATE<br>December 27, 2002 | PRIORITY DATE<br>December 27, 2002 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

AMIR HOSSEIN MOTTAEZ BARZANI
1840 FALLEN LEAF LN
LOS ALTOS CA 94024

PAYMENT INFORMATION:

Single Application Fee:    $310.00
Total Amount Received:    $310.00
Total Balance Due:    $0.00

Ildudulllundddal

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:    August 09, 1965
Address Where You Live:    1840 FALLEN LEAF LN
    LOS ALTOS CA 94024

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

INS Customer Service Number:
(949) 831-8427

EXHIBIT B

APPLICANT COPY

WSC$001010159



U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009
Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

| Part 1. Your Name *(The Person Applying for Naturalization)* | Write your INS "A"- number here: |
|---|---|
| | A 0 7 1 8 0 8 5 2 1 |

A. Your current legal name.

Family Name *(Last Name)*

MOTTAEZ BARZANI

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|
| AMIR | HOSSEIN |

B. Your name exactly as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

MOTTAEZ

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|
| AMIR | H |

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| | | |
| | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☐ Yes  ☐ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

| Given Name *(First Name)* | Full Middle Name |
|---|---|
| | |

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
|---|---|
| | |

Remarks

Action

---

**Part 2. Information About Your Eligibility** *(Check Only One)*

I am at least 18 years old AND

A. ☑ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

Form N-400 (Rev. 05/31/01)N

| Part 3. Information About You | Write your INS "A"- number here: |
|---|---|

A 0 7 1 8 0 6 5 2 1

A. Social Security Number

5 5 7 - 5 9 - 0 4 7 5

B. Date of Birth *(Month/Day/Year)*

0 8 / 0 9 / 1 9 6 5

C. Date You Became a Permanent Resident *(Month/Day/Year)*

0 9 / 2 2 / 1 9 9 7

D. Country of Birth

IRAN

E. Country of Nationality

IRAN

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)*    ☐ Yes   ✔ No

G. What is your current marital status?    ☐ Single, Never Married   ✔ Married   ☐ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?    ☐ Yes   ✔ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*    ☐ Yes   ✔ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

| Part 4. Addresses and Telephone Numbers |
|---|

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*    Apartment Number

1840 FALLEN LEAF LN

| City | County | State | ZIP Code | Country |
|---|---|---|---|---|
| LOS ALTOS | SANTA CLARA | CALIFORNIA | 94024 | USA |

B. Care of    Mailing Address - Street Number and Name *(If different from home address)*    Apartment Number

| City | State | ZIP Code | Country |
|---|---|---|---|
|  |  |  |  |

C. Daytime Phone Number *(If any)*

(650 ) 5845162

Evening Phone Number *(If any)*

(408 ) 3935460

E-mail Address *(If any)*

amirhmb@yahoo.com

| Part 5. Information for Criminal Records Search | Write your INS "A"- number here: |
|---|---|
| | A  0  7  1  8  0  8  5  2  1 |

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender

[✔] Male  [ ] Female

B. Height

6  Feet 0  Inches

C. Weight

185.00 Pounds

D. Race

[✔] White  [ ] Asian or Pacific Islander  [ ] Black  [ ] American Indian or Alaskan Native  [ ] Unknown

E. Hair color

[✔] Black  [ ] Brown  [ ] Blonde  [ ] Gray  [ ] White  [ ] Red  [ ] Sandy  [ ] Bald (No Hair)

F. Eye color

[✔] Brown  [ ] Blue  [ ] Green  [ ] Hazel  [ ] Gray  [ ] Black  [ ] Pink  [ ] Maroon  [ ] Other

| Part 6. Information About Your Residence and Employment |
|---|

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 0 5 / 2 0 0 2 | Present |
| 2353 WOODLAND AVE., SAN JOSE, CA 95128 | 0 4 / 1 9 9 4 | 0 5 / 2 0 0 2 |
| | __/____ | __/____ |
| | __/____ | __/____ |
| | __/____ | __/____ |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| SYNOPSYS, INC | 700 E. MIDDLEFIELD RD. | 0 7 / 2 0 0 1 | __/____ | ENGINEER |
| STRATIFY, INC | 501 ELLIS ST. | 0 4 / 2 0 0 0 | 0 7 / 2 0 0 1 | ENGINEER |
| SYNOPSYS, INC | 700 E. MIDDLEFIELD RD. | 0 6 / 1 9 9 3 | 0 4 / 2 0 0 0 | ENGINEER |
| | | __/____ | __/____ | |
| | | __/____ | __/____ | |

**Part 7. Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A 0 7 1 6 0 8 5 2 1

A. How many total days did you spend outside of the United States during the past 5 years?  `68`  days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?  `4`  trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 0 6 / 0 1 / 2 0 0 2 | 0 6 / 1 5 / 2 0 0 2 | ☐ Yes ☑ No | IRAN | 14 |
| 0 9 / 2 7 / 2 0 0 0 | 1 0 / 0 2 / 2 0 0 0 | ☐ Yes ☑ No | IRAN | 5 |
| 0 3 / 0 5 / 2 0 0 0 | 0 4 / 0 3 / 2 0 0 0 | ☐ Yes ☑ No | IRAN | 29 |
| 0 5 / 2 0 / 1 9 9 8 | 0 6 / 0 9 / 1 9 9 8 | ☐ Yes ☑ No | IRAN | 20 |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)?  `1`  If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*
SADDIGH

Given Name *(First Name)*
FARIBA

Full Middle Name *(If applicable)*

2. Date of Birth *(Month/Day/Year)*
0 8 / 2 3 / 1 9 6 2

3. Date of Marriage *(Month/Day/Year)*
0 9 / 0 6 / 1 9 9 2

4. Spouse's Social Security Number
4 9 7 - 8 8 - 4 9 4 6

5. Home Address - Street Number and Name
1840 FALLEN LEAF LN.

Apartment Number

City
LOS ALTOS

State
CALIFORNIA

ZIP Code
94024

| Part 3. Information About Your Marital History *(Continued)* | Write your INS "A"- number here:<br>A 0 7 1 8 0 8 5 2 1 |
|---|---|

C. Is your spouse a U.S. citizen?    ☐ Yes    ☑ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?    ☐ At Birth    ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen    

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

IRAN

2. Spouse's INS "A"- Number *(If applicable)*

A 0 2 2 7 3 9 4 2 8

3. Spouse's Immigration Status

☑ Lawful Permanent Resident    ☐ Other

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*    Given Name *(First Name)*    Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S. Citizen

☐ Lawful Permanent Resident

☐ Other _____

3. Date of Marriage *(Month/Day/Year)*

5. How Marriage Ended

☐ Divorce    ☐ Spouse Died    ☐ Other _____

4. Date Marriage Ended *(Month/Day/Year)*

G. How many times has your current spouse been married (including annulled marriages)?    1

If your spouse has EVER been married before, give the following information about your spouse's prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*    Given Name *(First Name)*    Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S. Citizen

☐ Lawful Permanent Resident

☐ Other _____

3. Date of Marriage *(Month/Day/Year)*

5. How Marriage Ended

☐ Divorce    ☐ Spouse Died    ☐ Other _____

4. Date Marriage Ended *(Month/Day/Year)*

Form N-400 (Rev. 05/31/01)N Page 5

**Part 9. Information About Your Children**

Write your INS "A"- number here:
A 0 7 1 8 0 8 5 2 1

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

`0`

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |

**Part 10. Additional Questions**

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

A. General Questions

1. Have you EVER claimed to be a U.S. citizen *(in writing or any other way)*?  ☐ Yes  ☑ No
2. Have you EVER registered to vote in any Federal, state, or local election in the United States?  ☐ Yes  ☑ No
3. Have you EVER voted in any Federal, state, or local election in the United States?  ☐ Yes  ☑ No
4. Since becoming a Lawful Permanent Resident, have you EVER failed to file a required Federal, state, or local tax return?  ☐ Yes  ☑ No
5. Do you owe any Federal, state, or local taxes that are overdue?  ☐ Yes  ☑ No
6. Do you have any title of nobility in any foreign country?  ☐ Yes  ☑ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?  ☐ Yes  ☑ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: <br> A  0  7  1  8  0  8  5  2  1 |
| --- | --- |

### B. Affiliations

8. a. Have you EVER been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?    ☐ Yes  ☑ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
| --- | --- |
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you EVER been a member of or in any way associated *(either directly or indirectly)* with:

a. The Communist Party?    ☐ Yes  ☑ No

b. Any other totalitarian party?    ☐ Yes  ☑ No

c. A terrorist organization?    ☐ Yes  ☑ No

10. Have you EVER advocated *(either directly or indirectly)* the overthrow of any government by force or violence?    ☐ Yes  ☑ No

11. Have you EVER persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?    ☐ Yes  ☑ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

a. The Nazi government of Germany?    ☐ Yes  ☑ No

b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?    ☐ Yes  ☑ No

c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?    ☐ Yes  ☑ No

### C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you EVER called yourself a "nonresident" on a Federal, state, or local tax return?    ☐ Yes  ☑ No

14. Have you EVER failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?    ☐ Yes  ☑ No

Part 10. Additional Questions *(Continued)*

Write your INS "A"- number here:
A 0 7 1 8 0 8 5 2 1

## D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you EVER committed a crime or offense for which you were NOT arrested? ☐ Yes ☑ No

16. Have you EVER been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☐ Yes ☑ No

17. Have you EVER been charged with committing any crime or offense? ☐ Yes ☑ No

18. Have you EVER been convicted of a crime or offense? ☐ Yes ☑ No

19. Have you EVER been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☑ No

20. Have you EVER received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ☑ No

21. Have you EVER been in jail or prison? ☐ Yes ☑ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you EVER:

a. been a habitual drunkard? ☐ Yes ☑ No

b. been a prostitute, or procured anyone for prostitution? ☐ Yes ☑ No

c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☑ No

d. been married to more than one person at the same time? ☐ Yes ☑ No

e. helped anyone enter or try to enter the United States illegally? ☐ Yes ☑ No

f. gambled illegally or received income from illegal gambling? ☐ Yes ☑ No

g. failed to support your dependents or to pay alimony? ☐ Yes ☑ No

23. Have you EVER given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ☑ No

24. Have you EVER lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☑ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 7 1 8 0 8 5 2 1 |

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☑ No

26. Have you EVER been removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

27. Have you EVER been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

28. Have you EVER applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes  ☑ No

### F. Military Service

29. Have you EVER served in the U.S. Armed Forces?  ☐ Yes  ☑ No

30. Have you EVER left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☑ No

31. Have you EVER applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☑ No

32. Have you EVER deserted from the U.S. Armed Forces?  ☐ Yes  ☑ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?  ☐ Yes  ☑ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [            ]    Selective Service Number [ _ _ / _ _ _ / _ _ _ _ ]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☑ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☑ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☑ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☑ Yes  ☐ No

**Part 11. Your Signature**

Write your INS "A"- number here:
A 0 7 1 8 0 8 5 2 1

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

Date (Month/Day/Year)
1 2 / 2 2 / 2 0 0 2

**Part 12. Signature of Person Who Prepared This Application for You (if applicable)**

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Preparer's Signature

Date (Month/Day/Year)
/ /

Preparer's Firm or Organization Name (If applicable)

Preparer's Daytime Phone Number
( )

Preparer's Address - Street Number and Name

City

State

ZIP Code

**Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So**

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through ____ and the evidence submitted by me numbered pages 1 through ____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp

Date (Month/Day/Year)

Complete Signature of Applicant

Officer's Signature

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

U.S. Department of Homeland Security
Citizenship and Immigration Services

Naturalization Interview Results

On  January 6, 2004,  you were interviewed by CIS Officer DJIO

A071808521
A071808521

☑ You passed the tests of English and U.S. history and government....

☐ You passed the test of U.S. history and government and the English language requirement was waived.

☐ CIS has accepted your request for a Disability Exception.  You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ / write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☐ CIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government.  You will not be rescheduled for another interview for this N-400. CIS will send you a written decision about your application.

A)_____ Congratulations!  Your application has been recommended for approval.  At this time, it appears that you have established your eligibility for naturalization.  If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B)_____ ✗ A decision cannot yet be made about your application.                    if check.

It is very important that you:
✓ Notify CIS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above.  Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify CIS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony.  Include a copy of this paper and a copy of the scheduling notice.

(408)
Fax  918- 3901

David E. Jio

N-652  (Rev.12/7/99)Y

EXHIBIT  C

April 4, 2004

U.S. Department of Homeland Security
Citizenship and Immigration Services

Attention: Officer David E. Jio

Reference: Pending IP Check for Application for Naturalization (A071808521)

Dear Officer Jio:

   This letter is to inquire about the pending "IP Check" related to my application for
naturalization. You may recall that on January 6, 2004 I appeared before you for my
application for naturalization interview. You indicated that a decision could not be made
about my application at that time, since you were awaiting the status of an "IP Check".

   I would very much appreciate it if you can check on the status of the pending "IP
Check" and let me know of its status. The following information may help you in tracking
the status:

   Name: Amir Hossein Mottaez Barzani
   Date of Birth: 08/09/1965
   Place of Birth: Tehran, Iran
   A#: A071808521
   Passport Number: C2092203 (Issued by the Islamic Republic of Iran)

   You can reach me at home (650) 625-8001, at work (650) 584-5162, or via e-mail
(amirm@synopsys.com). Please let me know if I can provide any information that you may
need.

                                        Sincerely,

                                        H. Mottaez

                                        Amir H. Mottaez

Attachment: Naturalization Interview Results

EXHIBIT D

U.S. Department of Homeland Security
Citizenship and Immigration Services

Naturalization Interview Results

On  January 6, 2004,  you were interviewed by CIS Officer DJIO

A071808521
A071808521

☑ You passed the tests of English and U.S. history and government.

☐ You passed the test of U.S. history and government and the English language requirement was waived.

☐ CIS has accepted your request for a Disability Exception.  You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ / write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☐ CIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government.  You will not be rescheduled for another interview for this N-400.  CIS will send you a written decision about your application.

A)_____ Congratulations!  Your application has been recommended for approval.  At this time, it appears that you have established your eligibility for naturalization.  If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B)____✗____ A decision cannot yet be made about your application.          1? check.

It is very important that you:
✓ Notify CIS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above.  Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify CIS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony.  Include a copy of this paper and a copy of the scheduling notice.

(408)
Fax  918 - 3901

Davis E. Jio

N-652  (Rev.12/7/99)Y

Amir Mottaez

---

**From:** FBINNCP Email [FBINNCP@ic.fbi.gov]

**Sent:** Saturday, January 08, 2005 8:11 AM

**To:** Amir.Mottaez@synopsys.COM

**Subject:** RE: IP Check Status for Application for Naturalization

Dear Pin Xie:

I am responding to your email dated October 18, 2004, concerning your name check status.

The FBI completed a name check for you on December 28, 2002, and the results were forwarded to the U.S. Citizenship and Immigration Services, Washington, DC.

Sincerely yours,

David M. Hardy/gmg
Chief, National Name Check
  Program Section
Records Management Division

---

**From:** Amir Mottaez [mailto:Amir.Mottaez@synopsys.com]
**Sent:** Mon 10/18/2004 5:00 PM
**To:** FBINNCP Email
**Subject:** IP Check Status for Application for Naturalization

Dear Sir or Madam,

I'm hoping to check on the status of an IP check related my application of naturalization, and inquire whether there is anything that I can do to expedite this procedure.

I had applied for naturalization in December of 2002, and completed the naturalization interview with the U.S. Citizenship and Immigration Services (USCIC) on January 5, 2004. However, my naturalization application is still pending the completion of the IP check. The following information relates to my IP check:

Name: AMIR HOSSEIN MOTTAEZ BARZANI
Date of birth: 08-09-1965
Alien Resident #: A071808521
e-mail: amirm@synopsys.com

I would very much appreciate any information that you may provide with regards to the status of this check, it's expected completion date, and if there is anything that I can do to expedite the procedure.

Best regards,

Amir Mottaez

4/9/2007

## Amir Mottaez

From:    Amir Mottaez [amirm@synopsys.com]

Sent:    Wednesday, January 12, 2005 6:02 PM

To:      'FBINNCP Email'

Subject: RE: IP Check Status for Application for Naturalization

Dear Mr. Hardy,

Thank you very much for your response. However, I have been told by the U.S. Citizenship and Immigration Services (USCIS) that my naturalization application is pending the results of a later name check that was requested on February 3, 2003.

I just spoke with a USCIS officer and he indicated that they have received a completed name check on December 28, 2002. However, there was later name check requested by them on February 3, 2003. My naturalization application with the USCIS is pending the results of the name check that was requested by USCIS on February 3, 2003.

Can you kindly provide an update on the status of the name check requested by USCIS on February 3, 2003? Here is the relevant information:

Name: AMIR HOSSEIN MOTTAEZ BARZANI
Date of birth: 08-09-1965
Alien Resident #: A071808521
e-mail: amirm@synopsys.com
phone: 408-394-1617

Best regards,

Amir Mottaez

------Original Message-----
From: FBINNCP Email [mailto:FBINNCP@ic.fbi.gov]
Sent: Saturday, January 08, 2005 8:11 AM
To: Amir.Mottaez@synopsys.COM
Subject: RE: IP Check Status for Application for Naturalization

Dear Pin Xie:

I am responding to your email dated October 18, 2004, concerning your name check status.

The FBI completed a name check for you on December 28, 2002, and the results were forwarded to the U.S. Citizenship and Immigration Services, Washington, DC.

Sincerely yours,

David M. Hardy/gmg
Chief, National Name Check
  Program Section
Records Management Division

From: Amir Mottaez [mailto:Amir.Mottaez@synopsys.com]
Sent: Mon 10/18/2004 5:00 PM
To: FBINNCP Email
Subject: IP Check Status for Application for Naturalization

Dear Sir or Madam,

I'm hoping to check on the status of an IP check related my application of naturalization, and inquire whether there is anything that I can do to expedite this procedure.

I had applied for naturalization in December of 2002, and completed the naturalization interview with the U.S. Citizenship and Immigration Services (USCIC) on January 5, 2004. However, my naturalization application is still pending the completion of the IP check. The following information relates to my IP check:

Name: AMIR HOSSEIN MOTTAEZ BARZANI
Date of birth: 08-09-1965
Alien Resident #: A071808521
e-mail: amirm@synopsys.com

I would very much appreciate any information that you may provide with regards to the status of this check, it's expected completion date, and if there is anything that I can do to expedite the procedure.

Best regards,

Amir Mottaez

Amir Mottaez

From:        FBINNCP Email [FBINNCP@ic.fbi.gov]
Sent:        Friday, July 08, 2005 1:14 PM
To:          Amir.Mottaez@synopsys.COM
Subject:     Name Check Status


Dear Amir Hossein Mottaez Barzani:

I am responding to your email dated January 12, 2005, concerning your name check status
for immigration purposes.

A review of the FBI's Name Check Program database revealed that a request from the U.S.
Citizenship and Immigration Services (USCIS) for you was received on January 14, 2003, and
is currently in a pending status.  Due to increased national security concerns, in
December 2002 to early 2003, the USCIS submitted an additional 2.7 million name checks for
processing to the FBI.  Although 99.8% of these cases have been finalized, our efforts to
complete the remaining requests continue.  This has delayed processing of other requests.

You may be assured that the immigration authorities will be notified at the earliest
possible date upon completion of this case.

Sincerely,

Michael A. Cannon/gmg
Chief, National Name Check
   Program Section
Records Management Division

1

February 27, 2007

U.S. Department of Homeland Security
Citizenship and Immigration Services

Attention: Officer David E. Jio

Reference: Pending IP Check for Application for Naturalization (A071808521)

Dear Officer Jio:

This letter is to inquire about the pending "IP Check" related to my application for naturalization. You may recall that on January 6, 2004 I appeared before you for my application for naturalization interview. You indicated that a decision could not be made about my application at that time, since you were awaiting the status of an "IP Check".

It has been over 4 years since I have applied for naturalization, and over 3 years since I appeared before you for my naturalization interview. I would very much appreciate it if you can check on the status of the pending "IP Check" and let me know of its status, and whether there is anything that can be done to complete this prolonged process.

The following information may help you in tracking the status:

Name: Amir Hossein Mottaez Barzani
Date of Birth: 08/09/1965
Place of Birth: Tehran, Iran
A#: A071808521
Passport Number: C2092203 (Issued by the Islamic Republic of Iran)

You can reach me at work (650) 584-5162, cell (408) 394-1617, at home (650) 625-8001, or via e-mail (amirm@synopsys.com). Please let me know if I can provide any information that you may need. For your reference, I have also attached the N-652 form that you gave me on my interview date.

Sincerely,

Amir H. Mottaez

1

## PROOF OF SERVICE BY MAIL

2

I, Beth Feinberg, the undersigned, say:

3

I am over the age of eighteen years and not a party to the within action or proceedings; my

4

business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth

5

Floor, San Francisco, CA 94104.

6

On May 30, 2007, I caused to be served the within:

7

8

DECLARATION OF BETH FEINBERG IN SUPPORT OF

9

PETITION FOR NATURALIZATION PURSUANT TO 8 U.S.C. § 1447(b)

10

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with

11

postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at

12

San Francisco, California, addressed as follows:

13

14

15

16

> Civil Process Clerk
> Office of the United States Attorney
> Northern District of California
> 450 Golden Gate Ave.
> Tenth Floor, Box 36055
> San Francisco, CA 94102

17

Executed on May 30, 2007, at San Francisco, California. I declare under penalty of

18

perjury, under the laws of the State of California that the foregoing is true and correct.

19

20

Beth Feinberg
Declarant

21

22

23

24

25

26

27

28