AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and Complaint was made by me [1] | DATE  June 4, 2007 |
| Name of SERVER  Bryan Assink | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): On May 31, 2007 summons was served by U.S. Certified Mail, on the following: Civil Process Clerk, Office of the U.S. Attorney 450 Golden Gate Ave., 10th Floor, Box 36055, San Francisco, CA 94102; David Still, District Director, U.S.C.I.S., 630 Sansome St., San Francisco, CA 94111; Emilio T. Gonzalez, Director, U.S. D.H.S., Washington, DC 20528; Michael Chertoff, Secretary, U.S. D.H.S., Washington, DC 20528; Alberto Gonzales, Attorney General U.S.D.O.J., Pennsylvania Ave., Washington, DC 20530; Robert S. Mueller, III, Director, F.B.I., 935 Pennsylvania Ave., NW, Washington, DC 20535

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/4/07
            Date

Signature of Server

Address of Server: Van Der Hout, Brigagliano & Nightingale
180 Sutter St. 5th Floor
San Francisco, CA 94104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure