UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMIR HOSSEIN MOTTAEZ BARZANI

        Plaintiff(s),

    v.

FRANK SICILIANO, et al.

        Defendant(s).

No. C 07-02819 RS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 21, 2007

Signature: [signature]

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")