1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12  AMIR HOSSEIN MOTTAEZ BARZANI,          )
                                           )
13                Petitioner,              )   No. C 07-2819 RS
                                           )
14          v.                             )
                                           )   **ANSWER**
15  FRANK SICILIANO, in his Official Capacity, )
    Office in Charge, U.S. Citizenship and    )
16  Immigration Services, U.S. Department of  )
    Homeland Security, San Jose, California, et al., )
17                                         )
                  Respondents.             )
18  _____ )

19      Respondents hereby submit their answer to Petitioner's Petition for Naturalization Pursuant to

20  8 U.S.C. § 1447(b).

21                        **INTRODUCTION**

22      1.  Paragraph One consist solely of petitioner's conclusions of law for which no answer is

23  necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph One are

24  denied.

25      2.  Respondent admit that petitioner filed his application on January 6, 2004 and it is still

26  pending.   The remaining allegations consist of petitioner's conclusions of law for which no

27  answer is necessary, but insofar as answers may be deemed necessary, the remaining allegations in

28  Paragraph Two are denied.

ANSWER
C 07-2819 RS

3.  Respondents admit the allegations in Paragraph Three with the exception that the petitioner filed his application on December 26, 2002, and he passed the English and Civics portion of the interview.  The examination process is still ongoing.

4.  Respondents are without sufficient information to admit or deny the allegations in Paragraph Four.

5.  Respondents admit only that the naturalization application is still pending.

## JURISDICTION AND VENUE

6.   Paragraph Six consists of petitioner's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, respondents deny that this Court has jurisdiction under any of the provisions cited in Paragraph Six.

7.  Paragraph Seven consists of petitioner's allegations regarding venue, to which no responsive pleading is required.

## PARTIES

8.  Respondents admit the allegations in Paragraph Eight.

9.  Respondents admit the allegations in Paragraph Nine with the exception that Frank Siciliano is the Field Office Director.

10.  Respondents admit the allegations in Paragraph Ten with the exception that Rosemary Melville is the District Director of District 21 which oversees the San Jose Field Office.

11.  Respondents admit the allegations in Paragraph Eleven.

12.  Respondents admit the allegations in Paragraph Twelve.

13.  Respondents admit the allegations in Paragraph Thirteen.

14.  Respondents admit the allegations in Paragraph Fourteen.

## FACTS

15.  Respondents admit the allegations in Paragraph Fifteen.

16.  Respondents admit the allegations in Paragraph Sixteen.

17.  Respondents admit the allegations in Paragraph Seventeen with the exception that the application was filed on December 26, 2002.

ANSWER
C 07-2819 RS

1  18. Respondents admit that the petitioner completed the English and Civics portion of the

2  interview. The examination is still ongoing.

3  19. Respondents are without sufficient information to admit or deny the allegations in

4  Paragraph Nineteen.

5  20. Respondents admit that over 120 days have elapsed since the interview. The examination

6  process is still ongoing.

7  ### CAUSE OF ACTION

8  21. Respondents incorporate its responses to Paragraph One through Twenty as if set forth

9  fully herein.

10  22. The allegations contained in Paragraph Twenty-Two consist solely of petitioner's

11  conclusions of law for which no answer is necessary; however, to the extent a response is deemed

12  to be required, respondents deny the allegations in this paragraph.

13  ### PRAYER FOR RELIEF

14  The remaining paragraph consists of petitioner's prayer for relief, to which no admission or

15  denial is required; to the extent a responsive pleading is deemed to be required, respondents deny

16  these paragraphs.

17  ### FIRST AFFIRMATIVE DEFENSE

18  The court should dismiss the petition under Fed. R. Civ. P. 12(b)(6) because petitioner fails

19  to state a claim upon relief may be granted.

20  ### SECOND AFFIRMATIVE DEFENSE

21  The court should dismiss the petition under Fed. R. Civ. P. 12(b)(1) for lack of subject matter

22  jurisdiction.

23  WHEREFORE, respondents pray for relief as follows:

24  That judgment be entered for respondent and against petitioner, dismissing petitioner's petition

25  with prejudice; that petitioner take nothing; and that the Court grant such further relief as it deems

26  just and proper under the circumstances.

27

28

ANSWER
C 07-2819 RS

1 | Dated: July 31, 2007

Respectfully submitted,

2 |

SCOTT N. SCHOOLS
United States Attorney

3 |

4 |

/s/
EDWARD OLSEN
Assistant United States Attorney
Attorneys for Respondents

5 |

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

ANSWER
C 07-2819 RS