SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMIR HOSSEIN MOTTAEZ BARZANI,<br><br>    Petitioner,<br><br>    v.<br><br>FRANK SICILIANO, in his Official Capacity, Office in Charge, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, San Jose, California, et al.,<br><br>    Respondents. | No. C 07-2819 RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of 28 U.S.C. § 636(c), the respondents hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 1, 2007                      Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

                                                /s/
                                                EDWARD OLSEN
                                                Assistant United States Attorney
                                                Attorneys for Respondents