**\*E-FILED 8/1/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMIR HOSSEIN MOTTAEZ BARZANI, | NO. C 07-02819 RS |
| Plaintiff, | **ORDER** |
| v. | |
| FRANK SICILIANO, et al., | |
| Defendants. | |

In this action, plaintiff seeks to compel defendants to take action on his application for naturalization. It appears the issues raised in the complaint likely are amenable to resolution on summary judgment. The parties are directed, therefore, to file cross-motions for summary judgment as promptly as practicable. The case management conference scheduled for September 12, 2007, is vacated.

IT IS SO ORDERED.

Dated: August 1, 2007

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 07-02819 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Beth Louise Feinberg     bfei@vblaw.com, ndca@vblaw.com

Edward A. Olsen     edward.olsen@usdoj.gov, tiffani.chiu@usdoj.gov

Marc VanDerHout     ndca@vblaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 8/1/07**              **Chambers of Judge Richard Seeborg**

                              **By:     /s/ BAK**

ORDER
C 07-02819 RS

2