SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMIR HOSSEIN MOTTAEZ BARZANI,<br><br>     Petitioner,<br><br>     v.<br><br>FRANK SICILIANO, in his Official Capacity,<br>Office in Charge, U.S. Citizenship and<br>Immigration Services, U.S. Department of<br>Homeland Security, San Jose, California, et al.,<br><br>     Respondents. | No. C 07-2819 RS<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Petitioner, by and through his attorneys of record, and respondents, by and through their

attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

entitled action without prejudice in light of the fact that the United States Citizenship and

Immigration Services has agreed to approve the petitioner's application for naturalization within 30

days of the dismissal of this action, provided the petitioner has not and does not commit a

disqualifying act in the interim.  Subject to the above, if the petitioner's application for

naturalization is not approved within 30 days of dismissal of this action, petitioner may resume this

action with this Court.

    Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C 07-2819 RS               1

1    Date: August 13, 2007                                Respectfully submitted,

2                                                         SCOTT N. SCHOOLS
                                                          United States Attorney
3

4
                                                                      /s/
5    _____
                                                          EDWARD A. OLSEN
6                                                         Assistant United States Attorney
                                                          Attorneys for Respondents
7

8                                                                     /s/
     Date: August 13, 2007                                _____
9                                                         MARC VAN DER HOUT
                                                          BETH FEINBERG
10                                                        Attorneys for Petitioner

11                                        **ORDER**

12           Pursuant to stipulation, IT IS SO ORDERED.

13

14   Date: _____          _____
                                                          RICHARD SEEBORG
15                                                        United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 07-2819 RS                          2