| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

\*E-FILED 8/14/07\*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMIR HOSSEIN MOTTAEZ BARZANI,<br><br>         Petitioner,<br><br>    v.<br><br>FRANK SICILIANO, in his Official Capacity,<br>Office in Charge, U.S. Citizenship and<br>Immigration Services, U.S. Department of<br>Homeland Security, San Jose, California, et al.,<br><br>         Respondents. | No. C 07-2819 RS<br><br>**STIPULATION TO DISMISS AND<br>[PROPOSED] ORDER** |

Petitioner, by and through his attorneys of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has agreed to approve the petitioner's application for naturalization within 30 days of the dismissal of this action, provided the petitioner has not and does not commit a disqualifying act in the interim. Subject to the above, if the petitioner's application for naturalization is not approved within 30 days of dismissal of this action, petitioner may resume this action with this Court.

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C 07-2819 RS                                              1

1 | Date: August 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date: August 13, 2007

_____/s/_____
MARC VAN DER HOUT
BETH FEINBERG
Attorneys for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 14, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

Stipulation to Dismiss
C 07-2819 RS                    2